# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0754

VERSUS

JOHN JOHNSON

**SEPTEMBER 17, 2021**

_____

In Re:     John Johnson, applying for supervisory writs, 18th
           Judicial District Court, Parish of West Baton Rouge,
           Nos. 200909, 200910.

_____

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                         **JMG**
                         **GH**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

*Rodd Naquin*
_____
     DEPUTY CLERK OF COURT
        FOR THE COURT